No. 68537.—M. E. Dey & Co., Inc. *v.* United States, protest 59/29956 (Milwaukee).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 68538.—Ciba Pharmaceutical Products, Inc. *v.* United States, protest 62/16740 (New York).

Opinion by RAO, J.  In accordance with stipulation of counsel to the effect that the merchandise consists of pocket diaries with inserts; that said pocket diaries are printed wholly in a language other than English; and that said inserts, which are entirely in the English language, are books of *bona fide* foreign authorship, the claims of the plaintiff were sustained.

No. 68539.—Daiichi Bussan Kaisha, Ltd. *v.* United States, protest 59/22668 (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of sample books and that the principles are the same as those involved in *Carson M. Simon & Co.* v. *United States* (46 Cust. Ct. 118, C.D. 2243), the claim of the plaintiff was sustained.

No. 68540.—Prima Foods, Inc. *v.* United States, protest 63/17878 (New York).

Opinion by FORD, J.  The protest was dismissed for lack of prosecution as to entry 93906.  The protest covering the balance of the entries was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.